

___

# UNITED STATES BANKRUPCTY COURT
# DISTRICT OF NEW MEXICO

**IN RE:**

**Margaret Rachelle Maurer aka Chelle Maurer and Robert Leroy Maurer fdba Teton Energy Consultants, LLC fdba CMT Development dba Roberts Consulting Inc. fdba Vista Rose, Inc.,**

**Debtors.**          **Case No. 18-12835-tf7**

## DEFAULT ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT OF PROPERTY LOCATED AT 77 County Road 3562, Flora Vista, NM 87415

This matter came before the Court on the Motion for Relief from Stay and Abandonment of Property filed on December 14, 2018, Docket No. 16 (the "Motion"), by Wells Fargo Bank, N.A. ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a)     On December 14, 2018, Movant served the Motion and notice of the Motion (the "Notice") on counsel of record for Debtors, Margaret Rachelle Maurer and Robert Leroy Maurer, and the case trustee, Edward Alexander Mazel, (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of

notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtors and US Trustee by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014;

    (b)    The Motion relates to the following property legally described as:

> THE FOLLOWING DESCRIBED REAL ESTATE IN SAN JUAN COUNTY, NEW MEXICO: THAT PART OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER (NE 1/4 SE 1/4) OF SECTION TEN (10) IN TOWNSHIP THIRTY (30) NORTH OF RANGE TWELVE (12) WEST, N.M.P.M., SAN JUAN COUNTY, NEW MEXICO, BEING DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON THE EAST LINE OF SAID SECTION 10 THAT IS 980.41 FEET SOUTH 00 DEGREES 31 MINUTES 00 SECONDS WEST FROM THE EAST ONE QUARTER CORNER OF SAID SECTION 10; THENCE SOUTH 00 DEGREES 31 MINUTES 00 SECONDS WEST 326.811 FEET ALONG THE EAST LINE OF AND TO THE SOUTHEAST CORNER OF SAID NE 1/4 SE 1/4; THENCE NORTH 83 DEGREES 02 MINUTES 13 SECONDS WEST 672.83 FEET ALONG THE SOUTH LINE OF SAID NE 1/4 SE 1/4; THENCE NORTH 00 DEGREES 44 MINUTES 03 SECONDS EAST 326.25 FEET; THENCE SOUTH 88 DEGREES 04 MINUTES 56 SECONDS EAST 571.57 FEET TO THE POINT OF BEGINNING.
> R0014711

and commonly known as: 77 County Road 3562, Flora Vista, NM 87415;

    (c)    The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

    (d)    The Notice was sufficient in form and content;

    (e)    The objection deadline expired on January 4, 2019;

    (f)    As of January 10, 2019, no objections to the Motion have been filed;

    (g)    The Motion is well taken and should be granted as provided herein; and

    (h)    By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that on January 10, 2019, McCarthy & Holthus, LLP searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that the DMDC does not possess any information indicating that the Debtors are currently on active military duty of the United States.

**IT IS THEREFORE ORDERED:**

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby granted relief from the automatic stay:

(a) To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtors is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtors or the Property, or both, in any court of competent jurisdiction; and

(b) To exercise any other right or remedy available to them under law or equity with respect to the Property.

2. The Property is hereby abandoned pursuant to 11 U.S.C. §554 and is no longer property of the estate. Creditor shall not be required to name the Trustee as a defendant in any action involving the Property or otherwise give the Trustee further notice.

3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtors, although the Debtors can be named as a defendant in litigation to obtain an *in rem* judgment if Debtors are granted a discharge, or to foreclose the Property in accordance with applicable non-bankruptcy law. Nothing contained herein shall preclude Creditor or and any and all holders of liens against the Property, from proceeding against the Debtors personally, to collect amounts due, if Debtors' discharge is denied or if Debtors' bankruptcy is dismissed.

4. This Order shall continue in full force and effect if this case converted to a case under another chapter of the Bankruptcy Code.

5. This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

6. Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtors and to enter into a loan modification with the Debtors.

###END OF ORDER###

**RESPECTFULLY SUBMITTED BY:**


**/s/ Daniel Grunow**
**McCarthy & Holthus, LLP**
**Daniel Grunow, Esq.**
**Attorney for Movant,**
**6501 Eagle Rock NE, Suite A-3**
**Albuquerque, NM 87113**
**(505) 219-4900**
**/s/ submitted electronically 1/10/2019**
**dgrunow@mccarthyholthus.com**



COPIES TO:

**DEBTORS**
Margaret Rachelle Maurer
77 Rd. 3562
Flora Vista, NM 87415

Robert Leroy Maurer
77 Rd. 3562
Flora Vista, NM 87415

**DEBTOR(S) COUNSEL**
Gerald R Velarde
velardepc@hotmail.com


**CASE TRUSTEE**
Edward Alexander Mazel
edmazeltrustee@askewmazelfirm.com

**US TRUSTEE**
PO Box 608
Albuquerque, NM 87103-0608

**SPECIAL NOTICE(S)**
NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS Office of General Counsel
Attn: Richard L. Branch
P.O. Box 1928
Albuquerque, NM 87103

Synchrony Bank
Attn: Managing Agent
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541